IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA GREAT
FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL THOMAS BAD OLD MAN,<br><br>Defendant. | CR 13-52-GF-BMM<br>CR-13-76-GF-BMM<br><br><br><br>**ORDER** |

Pursuant to the Unopposed Motion by the United States, and for good cause shown,

IT IS HEREBY ORDERED: The United States' motion to appear by telephone at the hearing scheduled for September 3, 2020, at 4:45 p.m. is GRANTED. The call in number is 877-402-9753; access code: 5136505.

DATED this 3rd day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court